**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ESTATE OF HERMAN EDWARD RAWLINGS, DECEASED | : No. 377 WAL 2019 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: EDWARD D. RAWLINGS, EXECUTOR OF THE ESTATE OF HERMAN EDWARD RAWLINGS | : from the Order of the Superior Court |
| | : |
| | : |
| IN RE:  ESTATE OF HERMAN EDWARD RAWLINGS, DECEASED | : No. 378 WAL 2019 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF:  EDWARD D. RAWLINGS, EXECUTOR OF THE ESTATE OF HERMAN EDWARD RAWLINGS | : from the Order of the Superior Court |
| | : |

## ORDER

**PER CURIAM**

AND NOW, this 21st day of April, 2020, the Petition for Allowance of Appeal is DENIED.